# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201600170
_____

## UNITED STATES OF AMERICA
Appellee

v.

## THOMAS L. HICKS
Corporal (E-4), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major M.D. Sameit, USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 9 August 2016

_____

Before FISCHER, RUGH, and BELSKY, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that Specifications 1 and 2 under Charge II were merged for sentencing and that Specifications 4 and 5 under Charge II were merged for findings and sentencing.

For the Court



R.H. TROIDL
Clerk of Court